IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANKLIN DELANO FLOYD, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) No. CIV-09-709-C |
| UNITED STATES OF AMERICA, and WALTER A. McNEIL, | ) ) ) ) |
| Respondents. | ) |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Doyle W. Argo on August 4, 2009. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus dismissed without prejudice.

IT IS SO ORDERED this 17th day of September, 2009.

ROBIN J. CAUTHRON
United States District Judge